PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kevin Grumt                              Cr.: 01-00031-001
                                                           PACTS #: 28408

Name of Sentencing Judicial Officer: The Honorable Harold A. Ackerman
                                     United States District Judge

Date of Original Sentence: 09/17/07

Original Offense: Mail Fraud

Original Sentence: 48 months custody; three years supervised release; $7,500 fine; $100 Special Assessment

Type of Supervision: Supervised Release          Date Supervision Commenced: 09/03/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    Failure to satisfy fine obligation.


U.S. Probation Officer Action: The offender is being supervised in the District of Rhode Island. The probation office recommends the case expire as scheduled since the fine obligation remains imposed as a final judgment. The offender will continue to make payments to the Clerk's Office.

Respectfully submitted,

By: Gisella M. Bassolino
    U.S. Probation Officer
Date: 06/07/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

SUPERVISION UNIT
20 WASHINGTON PLACE
6th FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

June 7, 2012

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ  07101-0459

www.njp.uscourts.gov

Andrea Walker, Deputy-In-Charge
U.S. District Court Clerk's Office
Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street, Room 4015
P.O. Box 419
Newark, New Jersey 07101

RE:   GRUMT, Kevin
      Dkt. No. 01-00031-001
      **Request for Assignment of Case to**
      **U.S. District Court Judge**

Dear Ms. Walker:

On September 19, 2007, Kevin Grumt was sentenced by the Honorable Harold A. Ackerman, U.S. District Judge, to 48-months custody and three years supervised release for the offense of mail fraud. The offender was ordered to pay a $100 Special Assessment fee (satisfied), as well as a $7,500 fine.

At this time, we are notifying the Court of Mr. Grumt's near approaching expiration with an outstanding fine.

Kindly reassign this matter for judicial administration and forward the enclosed attachment to the Judge-Designate. If you have any questions or concerns please contact the undersigned at (973) 445-8120. Thank you in advance for your anticipated cooperation.

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer
Bassolino
2012.06.07
20:54:12 -04'00'

By: Gisella M. Bassolino
    U.S. Probation Officer

/gmb
Enclosure

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

SUPERVISION UNIT
20 WASHINGTON PLACE
6th FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

June 7, 2012

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

U.S. District Judge-Designate
Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street, Room 4015
P.O. Box 419
Newark, New Jersey 07101

RE: **United States v. Kevin Grumt**
Docket No. 01-00031-001
**Notice of Expiration with Outstanding Restitution**

Dear Judge-Designate:

On September 19, 2007, Kevin Grumt was sentenced by the Honorable Harold A. Ackerman, U.S. District Judge, to 48-months custody and three years supervised release for the offense of mail fraud. The offender was ordered to pay a $100 Special Assessment fee (satisfied), as well as a $7,500 fine.

The offender commenced supervised release on September 3, 2009, and has been supervised in the District of Rhode Island, given his residency there. According to his supervising probation officer, the offender has struggled to establish a construction and general contracting business, KRG Contracting. On April 4, 2012, a compliance review meeting was conducted with the offender, and after reviewing his financial affidavit, it was determined by his supervising probation officer that the offender has no assets to liquidate to satisfy the fine. The offender has been paying his fine at a rate of $50 monthly and, as of this writing, he has paid $925 towards his outstanding financial obligation.

The offender's sentence is due to expire on September 2, 2012, with a fine balance of $6,675. The probation office in the District of Rhode Island opines that the offender did not willfully fail to make reasonable payments towards his fine, and respectfully recommends the supervision term be allowed to expire as scheduled since the fine order remains imposed as a final judgment, pursuant to Title 18, United Stated Code, Sections 3554 & 3613. The Financial Litigation Unit of the United States Attorney's Office will be notified of the expiration of supervision and will continue to pursue collection. However, should Your Honor determine that additional action is required (i.e. violation hearing), the probation office is prepared to follow the directives of the Court.

*Grumt, Kevin*
*Page 2*

Enclosed for the Court's review and signature is a Probation Form 12A, *Report of Offender Under Supervision*. Should the Court have any questions, please contact the undersigned at (973) 445-8120.

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer

Gisella M. Bassolino
2012.06.07
20:44:31 -04'00'

By: Gisella M. Bassolino
    U.S. Probation Officer

/gmb